# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JENNIFER E. McDOWELL,**  Plaintiff, | : : : |
| v. | : :   CIVIL ACTION NO. 23-CV-3635 |
| **DEPARTMENT OF HUMAN SERVICES,** *et al.*,  Defendants. | : : : : |

## ORDER

AND NOW, this 17th day of October, 2023, upon consideration of Plaintiff Jennifer McDowell's Motion to Proceed In Forma Pauperis (ECF No. 1), and pro se Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed in forma pauperis is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                        **BY THE COURT:**

                        */s/ Mitchell S. Goldberg*
                        **MITCHELL S. GOLDBERG, J.**